IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Beverly A. Gilchrist, Steven R. Glover, Annie L. Jefferson, Aaron Glover, Terri D. Frazier

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Charles L. Reel, Eydie J. Tillman, Jennifer P. Sumner, Odell Glover, Joseph V. Mosley, James A. McLaurin Jr.

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. 2014-CP-19-097
(to be filled in by the Clerk's Office)

Jury Trial: ☑ Yes  ☐ No
(check one)

RECEIVED
USDC CLERK, COLUMBIA, SC
2021 AUG -4  PM 12:39

Steven R. Glover Plaintiff Brother
3314 Hwy 19
Trenton, SC 29847
(803) 275-3337 Home
CELL:

Terrie Frazier Plaintiff sister
3312 Hwy 19
Trenton, SC 29847
(803) 275-3337 Home
(803) 270-1110 CELL

Auron L. Glover Plaintiff Brother
Saluda SC.

Annie L. Jefferson Plaintiff's Aunt
Hwy 19 Trenton, SC 29847

Page 7 of 7

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: c/o Beverly A. Gilchrist © All Rights Reserved
  Street Address: IN CARE OF: 132 Samuel E. Diggs Rd.
  City and County: Trenton, SC [29847]
  State and Zip Code: South Carolina [29847]
  Telephone Number: (803) 439-2979

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
    Name: Charles L. Reel
    Job or Title (if known): Edgefield County "Clerk of Court"
    Street Address: P.O. Box
    City and County: Edgefield City, Edgefield County
    State and Zip Code: South Carolina 29824
    Telephone Number:

  Defendant No. 2
    Name: Eydie J. Tillman
    Job or Title (if known): Attorney (Referee Judge)
    Street Address: 205 Lynch Street
    City and County: Edgefield "City", Edgefield "County"
    State and Zip Code: South Carolina 29824
    Telephone Number:

  Defendant No. 3
    Name: Jennifer P. Sumner

2

Odell Glover  
"Defendant"  
126 Samuel E. Diggs Rd  
Trenton, South Carolina 29847  
(803) 275-4650

Job or Title (if known): Attorney

Street Address: P.O. Box 502 300 main street  
City and County: "City" Edgefield, "County" Edgefield  
State and Zip Code: South Carolina 29824  
Telephone Number: 

**Defendant No. 4**

Name: James A. McLaurin Jr. & Joseph V. Mosley  
Job or Title (if known): Edgefield County Magistrate Judges  
Street Address: P.O. Box 664  
City and County: Edgefield "City" Edgefield "County"  
State and Zip Code: South Carolina 29824  
Telephone Number:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

"Civil Rights" and liberties violation And "Alledged" "Fraud" + Damages

3

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Beverly A. Gilchrist is a citizen of the State of *(name)* South Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Beverly A. Gilchrist is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Charles L. Reel, is a citizen of the State of *(name)* South Carolina. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* Charles L. Reel, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* South Carolina.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

Eydie J. Tillman Defendant is Individual
Citizen: South Carolina
Business: South Carolina

Jennifer P. Sumner Defendant Individual
Citizenship: South Carolina
Business: South Carolina

Jame A. McLaurin, Jr.   Individual Defendant
Citizenship: South Carolina
Business: South Carolina

Joseph V. Mosley   Individual Defendant
Citizenship: South Carolina
Business: South Carolina

Odell Glover Individual Defendant
Citizenship: South Carolina
Business: South Carolina

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$81,500.00 Lis pendent worth $58,000.00 was Removed Through By "Fraud" "Alledged"

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

$58,000.00 Lis pendent was Remove Inwhich was protecting my Deeds and Deed of other's $81,500.00 was Said to paid to my Self and Other's Heirs for purchase of properties with Grantor, Grantee's permissions written or otherwise But papers was Signed and now Said "eviction" 08/05/21

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I've Resided For over 25 years I want as Grantor, Grantee my 0.97 acres "Clear and free" my $58,000.00 Lis pendent Cost of legal and Finiancial losses/business, $81,500.00 to Be Despense among Other Heir Interest for their Suffering and mental angnishes also.

5

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/04, 2021.

Signature of Plaintiff   c/o Bey A/////© All Rights Reserved w/o prejudice
Printed Name of Plaintiff   Beverly A. Gilchrist ©

B.   **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____